# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL WAYNE SPRAGUE,            )<br>                                                              )<br>             Plaintiff,                           )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>AMERICAN FAMILY MUTUAL       )<br>INSURANCE COMPANY,               )<br>                                                              )<br>             Defendant.                         )<br>_____ ) | Case No. 2:14-cv-01427-GMN-GWF<br><br>**<u>ORDER</u>** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated September 4, 2014, required the parties to file a Joint Status Report no later than October 7, 2014. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **October 27, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 15th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge