Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL WAYNE SPRAGUE, | CASE NO.: 2:14-cv-1427 |
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive, | |
| Defendants. | |

Defendant's Emergency Motion for Protective Order (Dkt. #16) came on for hearing on December 2, 2014, before Magistrate Judge George Foley, Jr. Defendant was represented by Michael K. Wall of the law firm Hutchison & Steffen, LLC, and Plaintiff was represented by Joseph Troiano of Marshall Law Office.

The Court, having reviewed the papers and pleadings submitted, including Defendant's Emergency Motion for Protective Order, Plaintiff's Opposition thereto, and Defendant's Reply brief, and having heard the oral arguments of counsel, finds and orders as follows:

IT IS ORDERED that Defendant's Emergency Motion for Protective Order (Dkt. #16) is granted.

IT IS FURTHER ORDERED that the videotaped depositions of American Family's

employees are limited solely for use in this case, and not for any other purpose, including any commercial use or distribution.

IT IS FURTHER ORDERED that if Plaintiff wants to use the videotaped depositions of American Family's employees for any purpose other than for use in this case, including but not limited to providing the depositions to someone else, Plaintiff must first petition this specific Court and delineate the need why Plaintiff wants to use the depositions outside the scope of this case.

IT IS FURTHER ORDERED that this Court's Order granting Defendant's Emergency Motion for Protective Order (Dkt. #16) will survive beyond the existence of the instant case. Therefore, even after the resolution of this case, should Plaintiff want to use the videotaped depositions of American Family's employees for any use other than for use in this case, Plaintiff must first petition this Court for permission to use the depositions outside the scope of this case.

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

IT IS FURTHER ORDERED that should a third-party want to use the videotaped depositions of American Family's employees, either Plaintiff or the third-party must comply with this Order and petition this Court and explain why they need to use the depositions.

**IT IS SO ORDERED.**

DATED this 24th day of December, 2014.

_____
MAGISTRATE JUDGE

Respectfully submitted by:

_____
Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorney for Defendant*

Approved as to form and content:

_____
Robert E. Marshall
MARSHALL LAW OFFICE
625 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702-474-0100
Facsimile: 702-474-0150

*Attorneys for Plaintiff*