Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL WAYNE SPRAGUE, | CASE NO.: 2:14-cv-1427 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive, | |
| Defendants. | |

The parties, RUSSELL WAYNE SPRAGUE ("Plaintiff"), who is represented by Robert E. Marshall, Esq., and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, who is represented by HUTCHISON & STEFFEN, LLC hereby stipulate and agree to the following:

1.  Plaintiff's claims shall be dismissed with prejudice.

2.  All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

3.  Each party shall bear their own fees and costs.

***

***

***

4.      No trial date has been set.

DATED this 27ᵗʰ day of February, 2015.          DATED this 12ᵗʰ day of February, 2015.

HUTCHISON & STEFFEN, LLC                        MARSHALL LAW OFFICE

Scott A. Flinders (6975)                        Robert E. Marshall, Esq.
Peccole Professional Park                       625 S. Eighth Street
10080 West Alta Drive, Suite 200                Las Vegas, Nevada 89101
Las Vegas, Nevada 89145
                                                *Attorneys for Plaintiff*
*Attorneys for Defendant*


## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for District Judge to Reconsider Magistrate Judge's Decision, is hereby **DENIED as moot**, and the Clerk is directed to close the case.

**DATED** this 27th day of February, 2015.

Submitted by:

HUTCHISON & STEFFEN, LLC                        Gloria M. Navarro, Chief Judge
                                                United States District Court

Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*

2